**EXHIBIT A**

| | |
|---|---|
| RETURN DATE: JANUARY 13, 2026 : | SUPERIOR COURT |
| MICHAEL IANNONE : | J.D. OF WATERBURY |
| V. : | AT WATERBURY |
| BRIDGESTONE RETAIL OPERATIONS, LLC : | DECEMBER 8, 2025 |

## COMPLAINT

**FIRST COUNT:**

1) At all times mentioned herein, the plaintiff, Michael Iannone, was and is a resident of Hamden, Connecticut.

2) At all times mentioned herein, the defendant, Bridgestone Retail Operations, LLC, (hereinafter "Bridgestone") was and is a Delaware limited liability company.

3) At all times mentioned herein, the defendant, Bridgestone, owned and operated a retail tire store and automotive service center known as Firestone Complete Auto Care, (hereinafter "Firestone"), was and is a Connecticut limited liability company with its principal place of business located at 1063 Boston Post Road, Milford, CT 06460.

4) Prior to May 12, 2025, the defendant, Firestone, its agents, servants, and/or employees, serviced and performed a complete inspection on a 2017 Ford Transit 250 vehicle, including the rear brake assembly.

5) Prior to May 12, 2025, the defendant, Firestone, its agents, servants, and/or employees, returned the Ford Transit T20 motor vehicle to the vehicle owner, and advised that the vehicle was safe to operate.

6) The plaintiff relied on the defendants' representations that the vehicle was properly serviced/repaired/maintained and was safe to operate.

1

7) On May 12, 2025, at approximately 7:08 a.m., the plaintiff, Michael Iannone, was the operator of a Ford Transit T-20 vehicle traveling southbound on Route 8, a public street or highway, in Watertown, Connecticut.

8) At the same time and place, a catastrophic failure of the pinion and differential components of the rear axle of the vehicle, operated by the plaintiff, occurred due to a loss of fluid, causing the rear wheels to lock up, and further causing the vehicle to suddenly veer to the right, strike into an embankment and roll over, thereby causing the plaintiff to suffer the injuries and loses set forth below.

9) The incident was caused by the negligence of the defendants, its agents, servants, and/or employees, in one of more of the following ways:

    a.    they failed to adequately and properly inspect the vehicle's rear brakes;

    b.    they failed to adequately and properly inspect the vehicle's rear differential fluid;

    c.    they failed to ensure the vehicle's rear brakes were safe and in working order;

    d.    they failed to adequately and properly repair/replace the vehicle's rear brakes;

    e.    they failed to adequately and properly repair/replace the vehicle's rear differential fluid;

    f.    they failed to adequately and properly perform the required maintenance of the vehicle's rear brakes;

    g.    they failed to adequately and properly perform the required maintenance of the vehicle's rear differential fluid;

    h.    they knew or should have known the vehicle's rear brakes were not safe and/or not in proper working order;

    i.    they failed to warn the vehicle's rear brakes were not safe and/or not in proper working order;

      j.      they failed to establish adequate procedures to ensure the vehicle's rear brakes were inspected and in safe working order before releasing the vehicle back to the plaintiff; and/or

      k.      they failed to properly train their employees to properly inspect, maintain and/or repair the brakes of the vehicle before releasing the vehicle back to the plaintiff.

10)    As a result of the incident, the plaintiff, Michael Iannone, suffered the following injuries, some or all of which may be permanent in nature:

      a)      head contusion;

      b)      head injury;

      c)      brain injury;

      d)      headaches;

      e)      concussion;

      f)      post-concussion syndrome;

      g)      cognitive disorder;

      h)      memory/concentration difficulties;

      i)      neurological deficits;

      j)      head pain;

      k)      cervical sprain/strain;

      l)      neck pain;

      m)      cervicothoracic muscle spasms;

      n)      exacerbation/aggravation of a pre-existing cervical spine condition ;

      o)      left upper extremity injury;

      p)      left upper extremity nerve damage;

      q)      bilateral arm/wrist weakness;

      r)      left lower extremity injury;

    s)    left lower extremity nerve damage;

    t)    bilateral leg weakness;

    u)    thoracic sprain/strain;

    v)    thoracic pain;

    w)    lumbar sprain/strain;

    x)    lumbar disc herniations;

    y)    lumbar radiculopathy;

    z)    back pain;

    aa)    abnormal gait and mobility;

    bb)    exacerbation/aggravation of a pre-existing lumbar spine condition; and

    cc)    pain and suffering, both mental and physical.

11) As a further result of the incident, the plaintiff, Michael Iannone, incurred substantial expenses for medical care and treatment and will likely incur additional expenses for medical care and treatment in the future, including surgeries and hospitalizations.

12) As a further result of the incident, the plaintiff, Michael Iannone, was and is unable to engage or return to gainful employment, all to his detriment.

13) As a further result of the incident, the plaintiff, Michael Iannone, is unable and remains unable to participate in and enjoy his usual life activities, all to his detriment.

WHEREFORE, the plaintiff claims:

1. Monetary damage.

                                        THE PLAINTIFF,
                                        MICHAEL IANNONE

BY: _____
            MARIA A. CAHILL, ESQ.
            MILLS & CAHILL, LLC
            ONE WHITNEY AVENUE,
            SUITE 201
            NEW HAVEN, CT  06510
            JURIS NO.: 423816
            TELE: (203) 776-4500
            FAX: (203) 773-1811

| | | |
|---|---|---|
| RETURN DATE: JANUARY 13, 2026 | : | SUPERIOR COURT |
| MICHAEL IANNONE | : | J.D. OF WATERBURY |
| V. | : | AT WATERBURY |
| BRIDGESTONE RETAIL OPERATIONS, LLC | : | DECEMBER 8, 2025 |

## STATEMENT OF AMOUNT IN DEMAND

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

                           THE PLAINTIFF,
                           MICHAEL IANNONE

BY: _____
      MARIA A. CAHILL, ESQ.
      MILLS & CAHILL, LLC
      ONE WHITNEY AVENUE, SUITE 201
      NEW HAVEN, CT 06510
      JURIS NO.: 423816
      TELE: (203) 776-4500
      FAX: (203) 773-1811