**EXHIBIT C**

| SUMMONS - CIVIL<br>JD-CV-1  Rev. 2-25<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13<br>**Instructions are on page 2.** | For information on ADA accommodations, contact the Centralized ADA Office at 860-706-5310 or go to: www.jud.ct.gov/ADA/ | STATE OF CONNECTICUT<br>JUDICIAL BRANCH<br>SUPERIOR COURT<br>www.jud.ct.gov |
|---|---|---|

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [X] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 300 Grand Street, Waterbury, CT 06702 | ( 203 ) 591 - 3300 | January 13, 2026 |

| [X] Judicial District<br>[ ] Housing Session | G.A.<br>Number: | At (City/Town)<br>Waterbury | Case type code (See list on page 2)<br>Major: **V**     Minor: **09** |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Mills & Cahill, LLC, 1 Whitney Avenue, Suite 201, New Haven, CT 06510 | 423816 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 203 ) 776 - 4500 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case. Any attorney who is not exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13) | [X] Yes  [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book<br>Pleadings@millscahill.com |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: Iannone, Michael<br>Address: 203 School Street, Hamden, CT 06518 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Bridgestone Retail Operations, LLC d/b/a Firestone Complete Auto Care<br>Address: Agent for Service: United Agent Group Inc. 6 Landmark Square, 4th Floor, Stamford, CT 06901 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date<br>12/08/2025 | Signed (Sign and select proper box)<br>*/s/ Maria A. Cahill* | [ ] Commissioner of Superior Court<br>[ ] _____ Clerk | Name of person signing<br>Maria A. Cahill |
|---|---|---|---|

If this summons is signed by a Clerk:
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

For Court Use Only
ATTEST A TRUE COPY
DAVID A. WOLFE
STATE MARSHAL
FAIRFIELD COUNTY

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

## Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.

   Do not use this summons for the following actions:
   (a) Family matters (for example divorce, child support, custody, parentage, and visitation matters)
   (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Summary Process (Eviction) actions
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

## Case Type Codes

| MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act - C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 00 | Housing - Summary Process |
| | H 03 | Housing - Deceased Tenants - Summary Process |
| | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 20 | Housing - Housing Code Enforcement |
| | H 30 | Housing - Entry and Detainer |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 70 | Housing - Bed Bug Infestation |
| | H 87 | Housing - Denied Fee Waiver Appeal |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 75 | Foreign Subpoena - C.G.S. 52-657 |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 85 | Civil Protection Order |
| | M 87 | Denied Fee Waiver Appeal |
| | M 88 | Application for Pro Hac Vice for State or Municipal Agency/Board |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 70 | Dissolution of Lien Upon Substitution of Bond |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 00 | Probate Appeals |
| | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE: JANUARY 13, 2026 | : | SUPERIOR COURT |
| MICHAEL IANNONE | : | J.D. OF WATERBURY |
| V. | : | AT WATERBURY |
| BRIDGESTONE RETAIL OPERATIONS, LLC | : | DECEMBER 8, 2025 |

## COMPLAINT

**FIRST COUNT:**

1) At all times mentioned herein, the plaintiff, Michael Iannone, was and is a resident of Hamden, Connecticut.

2) At all times mentioned herein, the defendant, Bridgestone Retail Operations, LLC, (hereinafter "Bridgestone") was and is a Delaware limited liability company.

3) At all times mentioned herein, the defendant, Bridgestone, owned and operated a retail tire store and automotive service center known as Firestone Complete Auto Care, (hereinafter "Firestone"), was and is a Connecticut limited liability company with its principal place of business located at 1063 Boston Post Road, Milford, CT 06460.

4) Prior to May 12, 2025, the defendant, Firestone, its agents, servants, and/or employees, serviced and performed a complete inspection on a 2017 Ford Transit 250 vehicle, including the rear brake assembly.

5) Prior to May 12, 2025, the defendant, Firestone, its agents, servants, and/or employees, returned the Ford Transit T20 motor vehicle to the vehicle owner, and advised that the vehicle was safe to operate.

6) The plaintiff relied on the defendants' representations that the vehicle was properly serviced/repaired/maintained and was safe to operate.

1

7) On May 12, 2025, at approximately 7:08 a.m., the plaintiff, Michael Iannone, was the operator of a Ford Transit T-20 vehicle traveling southbound on Route 8, a public street or highway, in Watertown, Connecticut.

8) At the same time and place, a catastrophic failure of the pinion and differential components of the rear axle of the vehicle, operated by the plaintiff, occurred due to a loss of fluid, causing the rear wheels to lock up, and further causing the vehicle to suddenly veer to the right, strike into an embankment and roll over, thereby causing the plaintiff to suffer the injuries and loses set forth below.

9) The incident was caused by the negligence of the defendants, its agents, servants, and/or employees, in one of more of the following ways:

    a.    they failed to adequately and properly inspect the vehicle's rear brakes;

    b.    they failed to adequately and properly inspect the vehicle's rear differential fluid;

    c.    they failed to ensure the vehicle's rear brakes were safe and in working order;

    d.    they failed to adequately and properly repair/replace the vehicle's rear brakes;

    e.    they failed to adequately and properly repair/replace the vehicle's rear differential fluid;

    f.    they failed to adequately and properly perform the required maintenance of the vehicle's rear brakes;

    g.    they failed to adequately and properly perform the required maintenance of the vehicle's rear differential fluid;

    h.    they knew or should have known the vehicle's rear brakes were not safe and/or not in proper working order;

    i.    they failed to warn the vehicle's rear brakes were not safe and/or not in proper working order;

      j.      they failed to establish adequate procedures to ensure the vehicle's rear brakes were inspected and in safe working order before releasing the vehicle back to the plaintiff; and/or

      k.      they failed to properly train their employees to properly inspect, maintain and/or repair the brakes of the vehicle before releasing the vehicle back to the plaintiff.

10)    As a result of the incident, the plaintiff, Michael Iannone, suffered the following injuries, some or all of which may be permanent in nature:

      a)      head contusion;

      b)      head injury;

      c)      brain injury;

      d)      headaches;

      e)      concussion;

      f)      post-concussion syndrome;

      g)      cognitive disorder;

      h)      memory/concentration difficulties;

      i)      neurological deficits;

      j)      head pain;

      k)      cervical sprain/strain;

      l)      neck pain;

      m)      cervicothoracic muscle spasms;

      n)      exacerbation/aggravation of a pre-existing cervical spine condition ;

      o)      left upper extremity injury;

      p)      left upper extremity nerve damage;

      q)      bilateral arm/wrist weakness;

      r)      left lower extremity injury;

    s)    left lower extremity nerve damage;

    t)    bilateral leg weakness;

    u)    thoracic sprain/strain;

    v)    thoracic pain;

    w)    lumbar sprain/strain;

    x)    lumbar disc herniations;

    y)    lumbar radiculopathy;

    z)    back pain;

    aa)    abnormal gait and mobility;

    bb)    exacerbation/aggravation of a pre-existing lumbar spine condition; and

    cc)    pain and suffering, both mental and physical.

11) As a further result of the incident, the plaintiff, Michael Iannone, incurred substantial expenses for medical care and treatment and will likely incur additional expenses for medical care and treatment in the future, including surgeries and hospitalizations.

12) As a further result of the incident, the plaintiff, Michael Iannone, was and is unable to engage or return to gainful employment, all to his detriment.

13) As a further result of the incident, the plaintiff, Michael Iannone, is unable and remains unable to participate in and enjoy his usual life activities, all to his detriment.

WHEREFORE, the plaintiff claims:

1. Monetary damage.

                                              THE PLAINTIFF,
                                              MICHAEL IANNONE

BY: _____
              MARIA A. CAHILL, ESQ.
              MILLS & CAHILL, LLC
              ONE WHITNEY AVENUE,
              SUITE 201
              NEW HAVEN, CT 06510
              JURIS NO.: 423816
              TELE: (203) 776-4500
              FAX: (203) 773-1811

| | | |
|---|---|---|
| RETURN DATE: JANUARY 13, 2026 | : | SUPERIOR COURT |
| MICHAEL IANNONE | : | J.D. OF WATERBURY |
| V. | : | AT WATERBURY |
| BRIDGESTONE RETAIL OPERATIONS, LLC | : | DECEMBER 8, 2025 |

## **STATEMENT OF AMOUNT IN DEMAND**

The amount of money damages claimed is greater than Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF,
MICHAEL IANNONE

BY: _____
MARIA A. CAHILL, ESQ.
MILLS & CAHILL, LLC
ONE WHITNEY AVENUE,
SUITE 201
NEW HAVEN, CT 06510
JURIS NO.: 423816
TELE: (203) 776-4500
FAX: (203) 773-1811

6