UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL IANNONE,                                          3:25-cv-02091-KAD
*Plaintiff*,

v.

BRIDGESTONE RETAIL OPERATIONS, LLC
*Defendant*                                              Wednesday, December 24, 2025

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bridgestone Retail Operations, LLC states that it is a limited liability company organized under the laws of the state of Delaware. Its principal place of business is Nashville, Tennessee.  Bridgestone Retail Operations, LLC is not a publicly traded limited liability company. Bridgestone Retail Operations, LLC is a wholly owned subsidiary of Bridgestone Americas, Inc., which is not publicly traded.  Bridgestone Americas, Inc. is wholly owned by Bridgestone Corporation, a Japanese corporation that is publicly traded in Japan. Bridgestone Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

BRIDGESTONE RETAIL OPERATIONS,
LLC,
By their attorneys,

Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to all counsel of record on Wednesday, December 24, 2025.

Benjamin Levites