UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL IANNONE,
*Plaintiff*,
            v.

BRIDGESTONE RETAIL OPERATIONS, LLC                    3:25-cv-02091-KAD
*Defendant*                                           Tuesday, February 3, 2026

### ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND

Defending Bridgestone Retail Operations, LLC hereby makes this its Answer to the

Complaint filed by plaintiff Michael Iannone. Unless expressed the answered hearing, all

allegations of the complaint or denied.

**FIRST COUNT:**

1.  Defendant is without knowledge or information sufficient to form a belief as to the truth of

    the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

2.  Admitted that Bridgestone Retail Operations is a Delaware limited liability company.

3.  Admitted that Bridgestone owned and operated Firestone Complete Auto Care at 1063

    Boston Post Road, Milford, CT 06460; otherwise denied.

4.   Admitted that a Complete Vehicle Inspection Plus was performed March 6, 2025 on a 2017

    Ford Transit; otherwise denied.

5.  Denied.

6.  Defendant is without knowledge or information sufficient to form a belief as to the truth of

    the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

7.  Defendant is without knowledge or information sufficient to form a belief as to the truth of

    the allegations contained in this paragraph and calls upon Plaintiff to prove the same.

8.  Denied.

9(a)–(k).        Denied.

10(a)–(cc).      Denied.

11. Denied.

12. Denied.

13. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

And further answering, Defendant states that Plaintiff's recovery, if any, must be diminished in accordance with the provisions of C.G.S. § 52-572h by the proportion of negligence which is attributable to the Plaintiff. Defendant says that Plaintiff was negligent and that his own negligence was the actual and proximate cause of any injuries, damages, or losses claimed, in one or more of the following:

   a.  Plaintiff failed to use the amount of care which was appropriate under the circumstances;

   b.  Plaintiff failed to make proper and reasonable use of his faculties and senses;

   c.  Plaintiff failed to use reasonable care for his own safety commensurate with the existing circumstance and conditions;

   d.  Plaintiff failed to drive in the proper lane under C.G.S. § 14-236; and

   e.  Plaintiff was traveling unreasonably fast.

### SECOND AFFIRMATIVE DEFENSE

And further answering, Defendant states that the Decedent failed to take reasonable and prudent measures necessary and proper to mitigate whatever damages he might have sustained as a result of the acts or omissions complained of in Plaintiff's Complaint.

## THIRD AFFIRMATIVE DEFENSE

And further answering, Defendant states that plaintiff's negligence was greater than any on part of the defendant and thus plaintiff's claim is barred.

## FOURTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the complaint fails to state a cause of action.

## FIFTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the plaintiffs failed to join necessary parties to the action, including the manufacturers of the parts that plaintiff claims failed and caused the accident.

## SIXTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that insofar as plaintiffs' Complaint alleges a product liability claim, it fails to state a claim under C.G.S. § 52-572n in lieu of all other claims against product sellers, including actions of negligence.

## SEVENTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the damages alleged were a result of unforeseeable intervening or superseding acts of others independent of Defendant which bars plaintiffs' causes of action.

## EIGHTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that, to the extent the Defendant herein is found liable for any damages herein, such amount shall be reduced and/or offset by any recovery obtained by the plaintiffs from any insurance or third party.

## NINTH AFFIRMATIVE DEFENSE

3

And further answering, Defendant states that to the extent that these answering Defendant had any obligations to the plaintiff, such obligations have been fully, completely and properly performed in every respect.

### TENTH AFFIRMATIVE DEFENSE

And further answering, Defendant states that the plaintiff made civil process returnable to an improper judicial district.

### JURY DEMAND

Defendant hereby requests a jury trial on all claims.

Respectfully submitted,

BRIDGESTONE RETAIL OPERATIONS, LLC,
By their attorneys,

_____
Kevin J. O'Leary, ct30271
Benjamin H. Levites, ct30481
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050
koleary@coughlinbetke.com
blevites@coughlinbetke.com

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically and via first class mail, postage prepaid, to all counsel of record on Tuesday, February 3, 2026.

_____
Benjamin Levites