UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

MICHAEL IANNONE,
*Plaintiff*,
v.
BRIDGESTONE RETAIL OPERATIONS, LLC
*Defendant*

3:25-cv-02091-KAD
Monday, September 14, 2026

**MOTION TO REQUEST A STATUS CONFERENCE**

Defendant Bridgestone Retail Operations, LLC hereby requests a status conference to discuss with the Court the plaintiff's outstanding discovery responses under Federal Rule of Civil Procedure 37(a) and Local Rule of Civil Procedure 37(a) and failure to prosecute under Federal Rule of Civil Procedure 41(b). Specifically, to date the plaintiff has made no initial disclosures; has not responded to discovery due August 23, 2026; has not sat for his noticed deposition; and has not met and conferred with Bridgestone, despite counsel calling and emailing in respect of the same on August 25, 2026; August 31, 2026; September 4, 2026; September 8, 2026; and September 14, 2026. Accordingly, Bridgestone requests an opportunity to discuss this with the Court.

Respectfully submitted,
DEFENDANT
BRIDGESTONE RETAIL OPERATIONS, LLC
By its attorneys

Benjamin H. Levites, ct30481
Kevin J. O'Leary, ct30271
Coughlin Betke LLP
175 Federal Street
Boston, MA 02110
koleary@coughlinbetke.com
blevites@coughlinbetke.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be sent electronically to all counsel of record on by CM/ECF and email on Monday, September 14, 2026 to:

Maria A. Cahill
Mills & Cahill LLC (423816)
One Whitney Avenue
Suite 201
New Haven , CT 06510
pleadings@millscahill.com
zachary.iannone@millscahill.com

Ben Levites

Benjamin Levites